# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JOHN BROOKS,**

    *Plaintiff,*

**v.**                             8:24-cv-01844-KKM-SPF

**EXPERIAN INFORMATION SOLUTIONS, INC., FORTIVA FINANCIAL, LLC, EQUIFAX INFORMATION SERVICES LLC,** *and* **ATLANTICUS SERVICES CORPORATION,**

    *Defendants.*

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANTS FORTIVA FINANCIAL, LLC and ATLANTICUS SERVICES CORPORATION

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendants Fortiva Financial, LLC and Atlanticus Services Corporation, have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendants Fortiva Financial, LLC and Atlanticus Services Corporation, from this case with prejudice.

Nothing herein affects Plaintiff's claims against Experian Information Solutions, Inc. and Equifax Information Services LLC.

Respectfully submitted on August 6, 2024.

/s/ Fethullah Gulen
Fethullah Gulen, Esq.
Florida Bar Number: 1045392
Seraph Legal, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 567-1230
FGulen@SeraphLegal.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

/s/ Fethullah Gulen
Fethullah Gulen, Esq.
FL Bar # 1045392