# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JOHN BROOKS,**

    *Plaintiff,*

**v.**　　　　　　　　　　　　　　　　**Case No. 8:24-cv-01844-KKM-SPF**

**EXPERIAN INFORMATION SOLUTIONS, INC., FORTIVA FINANCIAL, LLC, EQUIFAX INFORMATION SERVICES LLC, and ATLANTICUS SERVICES CORPORATION,**

    *Defendants.*

_____/

## STIPULATION FOR DISMISSAL OF DEFENDANTS FORTIVA FINANCIAL, LLC, AND ATLANTICUS SERVICES CORPORATION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, John Brooks, and all Defendants by and through their undersigned counsel, stipulate to dismiss Defendants Fortiva Financial, LLC and Atlanticus Services Corporation from this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated September 17, 2024.

| | |
|---|---|
| /s/ *Fethullah Gulen* | /s/ *Maria H. Ruiz* |
| Fethullah Gulen, Esq. | Maria H. Ruiz |
| Florida Bar No. 1045392 | Florida Bar No. 182923 |
| Seraph Legal, P.A. | Kasowitz Benson Torres LLP |
| 2124 W. Kennedy Blvd., Ste. A | 1441 Brickell Avenue, Suite 1420 |
| Tampa, FL 33606 | Miami, FL 33131 |

| | |
|---|---|
| FGulen@Seraphlegal.com<br>(813)-433-1010<br>*Counsel for Plaintiff* | Telephone: (786) 587-1044<br>Facsimile: (305) 675-2601<br>MRuiz@Kasowitz.com<br>*Counsel for Defendant Experian Information Solutions, Inc.* |
| /s/ *Emily Y. Rottmann*<br>Emily Y. Rottmann, Esq.<br>Florida Bar No. 93154<br>50 N. Laura Street, Suite 3300<br>Jacksonville, FL 32202<br>(904) 798-3200 (phone)<br>(904) 798-3207 (fax)<br>erottmann@mcguirewoods.com<br>flservice@mcguirewoods.com<br>clambert@mcguirewoods.com<br>*Attorney for Defendants Fortiva Financial, LLC and Atlanticus Services Corporation* | /s/ *Jason Daniel Joffe*<br>Jason Daniel Joffe<br>Florida Bar No. 0013564<br>200 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131<br>Telephone: (305) 577-7000<br>Facsimile: (305) 577-7001<br>Email: Jason.joffe@squirepb.com<br>*Counsel for Defendant Equifax Information Services LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

/s/ *Fethullah Gulen*
Fethullah Gulen
Florida Bar Number: 1045392