**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN BROOKS,**

    *Plaintiff,*

**v.**                                          **8:24-cv-01844-KKM-SPF**

**EXPERIAN INFORMATION SOLUTIONS, INC., FORTIVA FINANCIAL, LLC, EQUIFAX INFORMATION SERVICES LLC,** *and* **ATLANTICUS SERVICES CORPORATION,**

    *Defendants.*
_____/

<u>**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES LLC**</u>

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Equifax Information Services LLC have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this Defendant from the case with prejudice.

Nothing herein affects Plaintiff's claims against Experian Information Solutions, Inc.

Respectfully submitted on January 8, 2025.

                                                /s/ *Fethullah Gulen*

                                                Fethullah Gulen, Esq.
                                                Florida Bar Number: 1045392
                                                Seraph Legal, P. A.
                                                2124 W Kennedy Blvd., Suite A
                                                Tampa, FL 33606
                                                (813) 567-1230
                                                FGulen@SeraphLegal.com
                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 8, 2025 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

                                                */s/ Fethullah Gulen*
                                                Fethullah Gulen, Esq.
                                                FL Bar # 1045392