UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHN BROOKS,**

    *Plaintiff,*

v.                                              8:24-cv-01844-KKM-SPF

**EXPERIAN INFORMATION SOLUTIONS, INC., FORTIVA FINANCIAL, LLC, EQUIFAX INFORMATION SERVICES LLC,** *and* **ATLANTICUS SERVICES CORPORATION,**

    *Defendants.*
_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Experian Information Solutions, Inc. have reached a settlement in this case. Having settled with the remaining Defendants previously, upon completion of the terms of settlements, Plaintiff will file the appropriate documents to dismiss the case with prejudice.

Respectfully submitted on January 27, 2025.

                                                    /s/ *Fethullah Gulen*
                                                    Fethullah Gulen, Esq.
                                                    Florida Bar Number: 1045392
                                                    Seraph Legal, P. A.
                                                    2124 W Kennedy Blvd., Suite A

                                              Tampa, FL 33606
                                              (813) 567-1230
                                              FGulen@SeraphLegal.com
                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2025 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

                                              */s/ Fethullah Gulen*
                                              Fethullah Gulen, Esq.
                                              FL Bar # 1045392